IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:20-CR-00313 |
| v. | (Chief Judge Brann) |
| MITCHELL OCKER-MULLEN, | |
| Defendant. | |

### ORDER

**JUNE 4, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Ocker-Mullen's 28 U.S.C. § 2255 motion (Doc. 54) is **DENIED**; and

2. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge